**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
BOCCARA GALLERY INC., et al.,     :
                                  :
            Plaintiffs,           :
                                  :
      -against-                   :          22 Civ. 2263(VM)
                                  :             ORDER
BOCCARA ART, INC. et al.,         :
                                  :
            Defendants.           :
---------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 3/25/2022 |

**VICTOR MARRERO, U.S.D.J.:**

The parties are directed to submit a joint proposed briefing schedule regarding Plaintiffs' request for an Order to Show Cause Without Emergency Relief. (<u>See</u> Dkt. No. 11.)

**SO ORDERED:**

Dated:   New York, New York
         25 March 2022

_____
Victor Marrero
U.S.D.J.