```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
BOCCARA GALLERY INC., et al.,          :
                                       :
                 Plaintiffs,           :
                                       :
     - against -                       :
                                       :            ORDER
BOCCARA ART, INC., et al.,             :
                                       :
                 Defendants.           :    22 Civ. 2263 (VM)
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than July 22, 2022 addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Dated: July 6, 2022
       New York, New York

_____
Victor Marrero
U.S.D.J.