**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
BOCCARA GALLERY INC., et al.,     :
                                  :
            Plaintiffs,           :
                                  :
      -against-                   :     **22 Civ. 2263(VM)**
                                  :           **ORDER**
BOCCARA ART, INC. et al.,         :
                                  :
            Defendants.           :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    A Case Management Conference shall be set in this matter for December 16, 2022 at 11:30 A.M.

**SO ORDERED:**

Dated: New York, New York
       31 July 2022

_Victor Marrero_
U.S.D.J.