# LAW OFFICES OF
# TODD WENGROVSKY, PLLC.

285 Southfield Road, Box 585
Calverton, New York 11933
Tel (631) 727-3400
Fax (631) 727-3401
contact@twlegal.com

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2022

---

via ECF                                                                 December 12, 2022

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007                  Re: Boccara Gallery Inc. et al v. Boccara Art, Inc. et al,
                                    SDNY 22-CV-2263

Dear Judge Marrero:

    I represent the Defendants in the above-referenced action. This is to request adjournment of the Case Management Conference scheduled for December 16, 2022 due to a conflict.

    I have consulted with opposing counsel, and Plaintiff's attorneys have indicated their consent to this request. This is the first request for adjournment by either party.

    The attorneys have mutual availability to attend a Conference on the following dates, if convenient for the Court:

January 12
January 24
January 26-27
January 30
February 1-3
February 6-10

    We respectfully request that the Conference be re-scheduled to one of such dates, or the first date convenient for the Court thereafter.

Respectfully submitted,

/s/ Todd Wengrovsky

Todd Wengrovsky



Request GRANTED. The Court hereby adjourns the Case Management Conference from December 16, 2022 to February 3, 2023 at 10:30 AM.

SO ORDERED.

12/13/2022
DATE                    Victor Marrero, U.S.D.J.