```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BOCCARA GALLERY INC., ET AL.,

              Plaintiffs,

- against -

BOCCARA ART, INC., ET AL.,

              Defendants.

**22 CV 2263 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Status Conference scheduled in this action for February 3, 2023 at 10:30 AM is hereby rescheduled to April 7, 2023 at 11:00 AM.

**SO ORDERED.**

Dated:    31 January 2023
             New York, New York

                                            _____
                                               Victor Marrero
                                                 U.S.D.J.