UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOCCARA GALLERY INC., et al.,<br><br>       Plaintiffs,<br><br>    -v.-<br><br>BOCCARA ART, INC., et al.,<br><br>       Defendants. | 22 Civ. 02263 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  The Court will hold a status conference on April 21, 2023 at 10:30 AM via Microsoft Teams. The parties will receive log-in credentials via email. The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 843 416 437#.

  The parties are reminded that, pursuant to the Notice of Reassignment (ECF No. 39), they are to submit a joint status letter by April 19, 2023.

  SO ORDERED.

Dated: April 6, 2023
    New York, New York

                       _____
                       JENNIFER H. REARDEN
                       United States District Judge