

900 Third Avenue | Deana Davidian
New York, NY 10022 | Partner
Tel: (212) 333-0200 | Direct Dial: (212) 333-0252
Fax: (212) 333-2350 | E-mail: ddavidian@arkin-law.com

April 10, 2023

**Via ECF**

Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street, Suite 1010
New York, New York 10007

      Re:    <u>Boccara Gallery Inc., et al v. Boccara Art, Inc., et al.</u>, 1:22-cv-02263-VM

Dear Judge Rearden:

      We represent Plaintiffs in the above-referenced matter.

      This Court scheduled a status conference for April 21, 2023.  [Dkt. No. 40.]  Plaintiffs counsel will be traveling out of the State on that date.  Accordingly, pursuant to Rule 2.E of this Court's Individual Practices, Plaintiffs respectfully request that the Court adjourn this status conference to a date in early May 2023.  The parties are available for a status conference at 10:30 a.m. on any of the following dates:  May 1, 2, 3, 4.  This is the first request for an adjournment of this conference.  Opposing counsel consents to this request.  This request will not affect any deadlines or other scheduled dates.

      Respectfully submitted,

      */s/ Deana Davidian*

      Deana Davidian

cc:   All Counsel of Record (via ECF)

Application GRANTED. The status conference is hereby rescheduled to May 4, 2023 at 10:30 AM. The conference will be conducted via Microsoft Teams. The parties will receive log-in credentials via email. The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 843 416 437#.

The parties are reminded that, pursuant to the Notice of Reassignment (ECF No. 39), they are to submit a joint status letter by April 19, 2023.

The Clerk of Court is directed to terminate ECF No. 41.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: April 10, 2023