UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOCCARA GALLERY INC., et al.,

                      Plaintiffs,

-v.-

BOCCARA ART, INC., et al.,

                      Defendants.

22 Civ. 02263 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      By **June 21, 2023**, the parties shall file a joint letter updating the Court on the status of this matter, including with respect to Plaintiffs' substitution of counsel and with respect to the parties' efforts to settle. *See* ECF No. 45.

      Furthermore, pursuant to the Court's directive at the May 4, 2023 status conference, the parties shall order the transcript of that proceeding and split the cost. *See* May 4, 2023 Minute Entry.

      SO ORDERED.

Dated: June 13, 2023
       New York, New York

                                                   JENNIFER H. REARDEN
                                                 United States District Judge